### SIZER LUMBER COMPANY *v.* WARREN *et al.*

PER CURIAM. Under the evidence submitted, there was no abuse of discretion in refusing to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

FEBRUARY 20, 1915.

Petition for injunction. Before Judge Conyers. Wayne superior court. March 28, 1914.

*E. C. Collins,* for plaintiff.

*D. M. Clark* and *J. H. Thomas,* for defendants.